BURNHAM, STOEPEL & CO. et al. v. STANDARD MERCHANDISE CO. et al. (Circuit Court of Appeals, Sixth Circuit. January 3, 1917.) No. 2908. Appeal from the District Court of the United States for the Northern District of Ohio; John H. Clarke, Judge. Millis, Griffin, Seely & Streeter, of Detroit, Mich., and Thompson, Hine & Flory, of Cleveland, Ohio, for appellants. Spear, Mills, Knight & Godfrey, W. R. Godfrey, Bardwell & Hagenbuch, Charles Greenberg, Albert Mendelson, Weed, Miller & Rothenberg, and Louis J. Grossman, all of Cleveland, Ohio, for appellees. Dismissed on stipulation of counsel.

---

CALIFORNIA CANNERIES CO. v. DUNKLEY. (Circuit Court of Appeals, Ninth Circuit. January 8, 1917.) No. 2764. Appeal from the District Court of the United States for the Second Division of the Northern District of California. Asher, Meyerstein & McNutt, of San Francisco, Cal., for appellant. John H. Miller, of San Francisco, Cal., and Frederick L. Chappell, of Kalamazoo, Mich., for appellee. Upon stipulation of counsel for respective parties, filed December 27, 1916, and upon motion of counsel for the appellee for the dismissal of the appeal, without costs to either party, ordered: Appeal dismissed, without costs to either party.

---

CHARLES B. MOLING CO. et al. v. KNIGHT et al. (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2885. In Error to the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge. Presley K. Ewing, of Houston, Tex., for plaintiffs in error. Sam Streetman, of Houston, Tex., for defendants in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no reversible error in the proceedings in this case, and none of the assignments of error are well taken. Judgment affirmed.

---

CLINCHFIELD PORTLAND CEMENT CORP. v. GREEN. (Circuit Court of Appeals, Sixth Circuit. October 12, 1916.) No. 2880. In Error to the District Court of the United States for the Eastern District of Tennessee; Edward T. Sanford, Judge. Lee F. Miller, of Johnson City, Tenn., for plaintiff in error. James B. Cox, of Johnson City, Tenn., for defendant in error. Dismissed on stipulation of counsel.

---

CORSICANA NAT. BANK v. JOHNSON. (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2934. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Richard Mays, of Corsicana, Tex., and F. M. Etheridge, J. M. McCormick, and H. L. Bromberg, all of Dallas, Tex., for plaintiff in error. Henry C. Coke and Cullen F. Thomas, both of Dallas, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no reversible error in the rulings and proceedings in the court below. None of the assignments of error are well taken. Judgment affirmed.